PROB 12B
(7/93)

Report Date: February 12, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender: Francisco Martinez          Case Number: 2:07CR02040-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/17/2007          Type of Supervision: Supervised Release

Original Offense: Possession of an Unregistered          Date Supervision Commenced: 2/5/2008
Firearm, 26 U.S.C. § 5861(d)

Original Sentence: Prison - 366 days; TSR - 36          Date Supervision Expires: 2/4/2011
months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an
      approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of
      treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising
      probation officer and treatment provider.

20    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

On February 5, 2008, Francisco Martinez was released from custody and commenced his term of supervised release
in the Eastern District of Washington.  On February 6, 2008, he reported to the U.S. Probation Office for an intake
interview.  During the intake process, the defendant related he had been using methamphetamine daily up to the date
of his arrest on the instant offense.  Although the defendant indicates he can refrain from any additional drug use on
his own, this officer believes the above conditions are needed in order to ensure the defendant complies with his
standard condition of no illegal drug use.  In addition, 9th Circuit case law requires the Court to specify a specific
number of urine tests to be set.  Enclosed is a waiver signed by the defendant agreeing to the above modification of
his conditions of supervised release.

Prob 12B

**Re: Martinez, Francisco**
**February 12, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/12/08

Jose Vargas
U.S. Probation Officer

**THE COURT ORDERS**

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

2/14/08

Date